**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**
_____

**PHILLIP JEAN-LAURENT,**

         **Plaintiff,**

         **v.**                           **9:11-CV-186
                                           (NAM/TWD)**

**C.O. LANE; C.O. BRIGGS; C.O. TYNDALL;
JOHN DOE #1; JOHN DOE #2; SGT. BEARD;
SGT. PAULINE; LT. JONES; DSS McAULIFFE;
DR. MAYS; DR. JOHN DOE; JANE DOE; SUPT.
BARKLEY; SUPT. HULIHAN; DEP. COMM.
LINQUIST,**

         **Defendants.**
_____

**APPEARANCES:**                             **OF COUNSEL:**

PHILLIP JEAN-LAURENT
P.O. Box 200016
Ozone Park, NY 11420-0016
Plaintiff, *pro se*

HON. ERIC T. SCHNEIDERMAN         GREGORY J. RODRIGUEZ, ESQ.
Attorney General of the                    Assistant Attorney General
State of New York
The Capitol
Albany, NY 12224
Counsel for Defendants

**NORMAN A. MORDUE, U. S. DISTRICT JUDGE**

## **ORDER**

    The above matter comes to me following a Report-Recommendation by Magistrate Judge

Therese Wiley Dancks, duly filed on the 24th day of January 2013. Following fourteen (14) days

from the service thereof, the Clerk has sent me the file, including any and all objections filed by

the parties herein.

After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

ORDERED that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: February 15, 2013
Syracuse, New York

Honorable Norman A. Mordue
U.S. District Judge