**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**
_____

**PHILLIP JEAN-LAURENT,**

                **Plaintiff,**

    vs.                                  **9:11-CV-0186
                                               (NAM/TWD)**

**C.O. LANE, et al.**

                **Defendants.**
_____

**APPEARANCES:**                          **OF COUNSEL:**

PHILLIP JEAN-LAURENT
P.O. Box 200016
South Ozone Park, NY 11420
Plaintiff, *pro se*

HON. ERIC T. SCHNEIDERMAN          JOHN F. MOORE, ESQ.
Attorney General of the State of NY        Assistant Attorney General
The Capitol
Albany, NY 12224
Counsel for Defendants

**NORMAN A. MORDUE, SENIOR U. S. DISTRICT JUDGE**

## ORDER

The above matter comes to me following a Report-Recommendation by Magistrate Judge Therese Wiley Dancks, duly filed on the 18th day of August 2016. Following fourteen (14) days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

ORDERED that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. Defendants' motion for summary judgment (Dkt. No. 88) is granted and this action is dismissed with prejudice as to defendants Barkley; Beard; Bezio; Hulihan; Lane; Linquist; Mays; McAuliff; and Pauline. The action is dismissed without prejudice against defendants John Doe #1, John Doe #2, Dr. John Doe, and Nurse Jane Doe. The Clerk shall enter judgment accordingly.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: September 12, 2016
Syracuse, New York

Norman A. Mordue
Senior U.S. District Judge